IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY FAILS,

    Plaintiff,

v.                                               CASE NO. 4:08-cv-00471-MP-WCS

PAUL McCOLLUM, et al.,

    Defendants.

_____/

**O R D E R**

      This matter is before the Court on Doc. 11, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's Amended Complaint, Doc. 10, be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. The Magistrate filed the Report on January 5, 2009. Plaintiff has filed objections to the Report at Doc. 13. Pursuant to 28 U.S.C. § 636(b)(1), the Court has completed a *de novo* review of those portions of the Report to which an objection has been made. In his objections, Plaintiff fails to address or explain the deficiency in his amended complaint. Because Plaintiff has failed to allege favorable termination of the criminal proceeding at issue, Plaintiff cannot state a claim for malicious prosecution. See Heck v. Humphrey, 512 U.S. 477, 484, 114

S. Ct. 2364, 2371, 129 L. Ed. 2d 383 (1994).  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 11, is ADOPTED and incorporated herein.

2. Plaintiff's Amended Complaint, Doc. 10, is DISMISSED for failure to state a claim upon which relief may be granted.  The Clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The request for counsel contained in Plaintiff's objections, Doc. 13, is DENIED.

**DONE AND ORDERED** this   *26th* day of January, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge